# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| **TRAXXAS, L.P.,** § § *Plaintiff,* § § § **Civil Action No. 6:16-cv-506-MHS** v. § § **JURY TRIAL DEMANDED** § **TEXTRON INC. and TEXTRON** § **SPECIALIZED VEHICLES INC.,** § § *Defendants.* § | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

COME NOW Plaintiff Traxxas, L.P. (collectively, "Plaintiff" or "Traxxas") and Defendants Textron Inc. and Textron Specialized Vehicles Inc. (collectively, "Defendants" or "Textron"), hereby move for an Order dismissing all claims in this action WITHOUT PREJUDICE, with each party to bear its own costs and expenses.

Dated: October 25, 2016

By: /s/ Jeffrey L. Johnson
Jeffrey L. Johnson
Texas State Bar No. 24029638
**Orrick Herrington & Sutcliffe LLP**
1301 McKinney, Suite 4100
Houston, Texas 77010-3096
Telephone: (713) 658-6450
Facsimile: (713) 658-6401
Email: jj@orrick.com

David P. Fuad
California State Bar No. 265193
Kent B. Goss
California State Bar No. 131499
**Orrick Herrington & Sutcliffe LLP**

Respectfully Submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
Email: bdavis@bdavisfirm.com
Debra Coleman
Texas State Bar No. 24059595
Email: dcoleman@bdavisfirm.com
**The Davis Firm, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff*

| | |
|---|---|
| 777 S Figueroa Street, Suite 3200<br>Los Angeles, California 90017-5855<br>Telephone: (213) 629-2020<br>Facsimile: (213) 612-2499<br>Email: dfuad@orrick.com<br>Email: kgoss@orrick.com | *Traxxas, L.P.* |

*Counsel for Defendants*
*Textron Inc.*
*Textron Specialized Vehicles Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this response was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 25th day October, 2016.

/s/ William E. Davis, III
William E. Davis, III